FILED

06 SEP 20 AM 9:32

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PDC   DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR O. RAWLINGS,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br>JO ANNE B. BARNHART, Commissioner of Social Security<br><br>　　　　　　　　　Defendant. | CASE NO. 06-CV-1029 H (WMc)<br><br>**ORDER** |

　　　Pursuant to Rule 16.1(e)(3) of the Local Rules, Early Neutral Evaluation/Case Management Conferences are <u>not</u> required in Social Security cases. Accordingly,

　　　IT IS HEREBY ORDERED that all pretrial motions in this case must be filed with ***Judge Marilyn L. Huff*** so that they may be heard on or before ***January 12, 2007***. Motions will not be heard or calendared unless counsel for the moving party has obtained a motion hearing date from the law clerk of the judge who will hear the motion. **<u>Be further advised that the period of time between the date of request for a motion date and the hearing date may be up to two months. Please plan accordingly</u>**. For example, you may have to contact the judge's law clerk two months in advance of the motion cut-off to calendar the motion. Failure to timely request a motion date may result in the motion not being heard. <u>Motions will not be heard on the above date unless you have obtained that</u>

///

///

///

1 | date from the judge's law clerk.

2 | **IT IS SO ORDERED.**

3

4 | DATED: September 19, 2006

_____
HON. WILLIAM McCURINE, JR.
United States Magistrate Judge

6

7 | CC:

8 | HON. MARILYN L. HUFF, UNITED STATES DISTRICT JUDGE

9 | ALL PARTIES AND COUNSEL OF RECORD